UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| EDWARD CHANDLER, | ) |
| Petitioner, | ) |
| vs. | ) 1:05-cv-1620-SEB-VSS |
| TOM HANLON, | ) |
| Respondent. | ) |

**JUDGMENT**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 03/03/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Edward Chandler DOC #985053, Correctional Industrial Facility, P.O. Box 601, Pendleton, IN 46064

Office of the Indiana Attorney General, Indiana Government Center South, Fifth Floor, 402 West Washington Street, Indianapolis, IN 46204-2770